UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CUSTOM DYNAMICS, LLC, ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | No. 5:17-CV-506-FL |
| DANIEL GORACOFF; d/b/a ) | |
| LITE CYCLE ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 28, 2019, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. The court awards plaintiff damages in the amount of $106,614.72, which is trebled for a total award of damages in the amount of $319,844.16 against Defendant, Daniel Goracoff d/b/a LITE CYCLE.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the defendant Daniel Goracoff d/b/a LITE CYCLE is hereby enjoined from continuing to use in any manner plaintiff Custom Dynamics, LLC's GEN-200-AW-1157, GEN-SSHD-6, GEN-SSHD-8, and GEN-SMART-TPU-HD marks. Daniel Goracoff, d/b/a LITE CYCLE is FURTHER ENJOINED from continuing to use any trademark or other unique product identifier belong to plaintiff Custom Dynamics, LLC. Defendant is DIRECTED to immediately cease use of any trademarks or unique product identifiers.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Court awards $15,222.00 in attorney's fees for legal services provided by Anthony Biller, $6,240.00 in attorney's fees for legal services provided by Emily Haas and $2,125.00 in fees for services provided by paralegals, and $1,118.31 in costs, all to be paid by defendant.

**This Judgment Filed and Entered on January 28, 2019, and Copies To:**
Emily Haas / Anthony J. Biller (via CM/ECF Notice of Electronic Filing)

January 28, 2019            PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk